**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PRAGMATUS TELECOM, LLC,<br><br>                Plaintiff,<br><br>      v.<br><br>3M COMPANY,<br><br>                Defendant. | Civil Action No. 12-cv-1533-RGA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 15, 2013, a copy of Pragmatus Telecom's Initial Disclosures was served on the following as indicated:

<u>Via E-Mail</u>
Mary B. Graham
Morris, Nichols, Arsht &Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
mgraham@mnat.com

*Attorney for 3M Company and EMC Corporation*

<u>Via E-Mail</u>
Matt Neiderman
Gary W. Lipkin
Benjamin A. Smyth
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
mneiderman@duanemorris.com
gwlipkin@duanemorris.com
basmyth@duanemorris.com

*Attorneys for Aramark Corporation*

<u>Via E-Mail</u>
John G. Day
Lauren E. Maguire
Andrew C. Mayo

<u>Via E-Mail</u>
Jack B. Blumenfeld
Paul Saindon
Morris, Nichols, Arsht &Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
psaindon@mnat.com

*Attorneys for Alcatel-Lucent USA Inc.*

<u>Via E-Mail</u>
L. Norwood Jameson
John R. Gibson
Duane Morris LLP
wjameson@duanemorris.com
jrgibson@duanemorris.com

*Attorneys for Aramark Corporation*

<u>Via E-Mail</u>
John C. Alemanni
Michael T. Morlock
William H. Boice

ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for AT&T, Inc., PerkinElmer, Inc., Saks Incorporated*

Via E-Mail
Christopher Viceconte
Gibbons P.C.
1000 N. West Street, Suite 1200
Wilmington, DE 19801-1058
cviceconte@gibbonslaw.com

*Attorneys for Brother International, Corp.*

Via E-Mail
Denise Seastone Kraft
Aleine Michelle Porterfield
Brian A. Biggs
DLA Piper LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
denise.kraft@dlapiper.com
aleine.porterfield@dlapiper.com
brian.biggs@dlapiper.com

*Attorneys for CDW LLC, Starwood Hotels & Resorts Worldwide Inc., Thomson Reuters US Inc.*

Via E-Mail
Richard L. Horwitz
David E. Moore
Bindu A. Palapura
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Renae Bailey Wainwright
Steven D. Moore
KILPATRICK TOWNSEND & STOCKTON LLP
jalemanni@kilpatricktownsend.com
mmorlock@kilpatricktownsend.com
bboice@kilpatricktownsend.com
rwainwright@kilpatricktownsend.com
smoore@kilpatricktownsend.com

*Attorneys for AT&T, Inc.*

Via E-Mail
Fred I. Williams
Eric J. Klein
John Wittenzellner
Akin Gump Strauss Hauer & Feld LLP
fwilliams@akingump.com
eklein@akingump.com
jwittenzellner@akingump.com

*Attorneys for Lenovo (United States) Inc.*

Via E-Mail
Jesse Hindman
James M. Heintz
John Guaragna
Courtney Stewart
DLA Piper LLP
jesse.hindman@dlapiper.com
jim.heintz@dlapiper.com
john.guaragna@dlapiper.com
courtney.stewart@dlapiper.com

*Attorneys for CDW LLC, Starwood Hotels & Resorts Worldwide Inc., Thomson Reuters US Inc.*

Via E-Mail
Natalie M. Hanlon-Leh
Jared B. Briant
Fegre Baker Daniels LLP
natalie.hanlon-leh@faegrebd.com
jared.briant@faegrebd.com

*Attorneys for Crocs Inc.*

rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Crocs Inc., General Motors LLC, Lenovo (United States) Inc., Elavon, Inc., and Reed Elsevier US Holdings Inc.*

Via E-Mail
Phillip A Rovner
Jonathan A. Choa
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Frontier Communications Corporation*

Via E-Mail
Jason W. Cook
Alston & Bird LLP
jason.cook@alston.com

*Attorneys for Frontier Communications Corporation*

Via E-Mail
Thomas A. Counts
Elizabeth L. Brann
Paul Hastings LLP
tomcounts@paulhastings.com
elizabethbrann@paulhastings.com

*Attorneys for General Motors LLC and eGain Corporation*

Via E-Mail
John M. Seaman
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
seaman@abramsbayliss.com

*Attorneys for HSN, Inc.*

Via E-Mail
Vamsi Kakarla
Joseph R. Lanser
Seyfarth Shaw LLP
vkakarla@seyfarth.com
jlanser@seyfarth.com

*Attorneys for HSN, Inc.*

Via E-Mail
Susan M. Coletti
FISH & RICHARDSON P.C.
222 Delaware Ave, 17th Floor
P.O. Box 1114
Wilmington, DE 19801

Via E-Mail
Neil J. McNabnay
P. Weston Musselman, Jr.
FISH & RICHARDSON P.C.
mcnabnay@fr.com
musselman@fr.com

coletti@fr.com

*Attorneys for Oriental Trading Company, Inc. and eGain Corporation*

*Attorneys for Oriental Trading Company, Inc.*

Via E-Mail
Todd C. Schiltz
Drinker Biddle & Reath LLP
1100 North Market St., Suite 1000
Wilmington, DE 19801
todd.schiltz@dbr.com

*Attorneys for Office Depot, Inc.*

Via E-Mail
Rodger D. Smith II
Michael J. Flynn
Morris, Nichols, Arsht &Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
rsmith@mnat.com
mflynn@mnat.com

*Attorneys for Rite Aid Corporation, goEmerchant LLC*

Via E-Mail
Karen Jacobs Louden
Michael J. Flynn
Morris, Nichols, Arsht &Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
klouden@mnat.com
mflynn@mnat.com

*Attorneys for Sprint Spectrum L.P., d/b/a Sprint PCS, Seagate Technology (US) Holdings Inc.*

Via E-Mail
Shanti M. Katona
Christopher M. Coggins
Polsinelli Shughart PC
222 Delaware Avenue, Suite 1101

Via E-Mail
Carrie A. Beyer
Patrick J. Kelleher
Drinker Biddle & Reath LLP
carrie.beyer@dbr.com
patrick.kelleher@dbr.com

*Attorneys for Office Depot, Inc.*

Via E-Mail
Michael J. Newton
Jason W. Cook
Alston & Bird LLP
mike.newton@alston.com
jason.cook@alston.com

*Attorneys for goEmerchant LLC*

Via E-Mail
David E. Finkelson
Rachelle H. Thompson
MCGUIREWOODS LLP
dfinkelson@mcguirewoods.com
rthompson@mcguirewoods.com

*Attorneys for Sprint Spectrum L.P., d/b/a Sprint PCS*

Via E-Mail
Russell S. Jones, Jr.
Richard P. Stitt
Joshua M. McCaig,
Polsinelli Shughart PC

Wilmington, Delaware 19801
skatona@polsinelli.com
ccoggins@polsinelli.com

*Attorneys for U-Haul International, Inc.*

Via E-Mail
Jack B. Blumenfeld
Rodger D. Smith II
Michael J. Flynn
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com
mflynn@mnat.com

*Attorneys for Bosch Security Systems, Inc.*

Via E-Mail
Anthony H. Son
Ryan M. Corbett
Wiley Rein LLP
ason@wileyrein.com
rcorbett@wileyrein.com

*Attorneys for Elavon, Inc.*

Via E-Mail
Melanie K. Sharp
Monté T. Squire
Young, Conaway, Stargatt & Taylor
Rodney Square
1000 N. King Street
Wilmington, DE 19810
msharp@ycst.com
msquire@ycst.com

*Attorneys for EMC Corporation*

Via E-Mail
Julia Heaney

rjones@polsinelli.com
rstitt@polsinelli.com
jmccaig@polsinelli.com

*Attorneys for U-Haul International, Inc.*

Via E-Mail
Lionel M. Lavenue
Robert D. Wells
Alice Wang
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
lionel.lavenue@finnegan.com
robert.wells@finnegan.com
alice.wang@finnegan.com

*Attorneys for Bosch Security Systems, Inc.*

Via E-Mail
Hassan Rashid
McDermott Will & Emery LLP
hrashid@mwe.com

Lawrence D. Graham
Lowe Graham Jones
graham@lowegrahamjones.com

*Attorneys for PerkinElmer, Inc.*

Via E-Mail
Steven M. Bauer
Kimberly A. Mottley
Joel Cavanaugh
Proskauer Rose LLP
sbauer@proskauer.com
kmottley@proskauer.com
jcavanaugh@proskauer.com

*Attorneys for EMC Corporation*

Via E-Mail
Larry L. Shatzer

Michael J. Flynn
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jheaney@mnat.com
mflynn@mnat.com

*Attorneys for Staples, Inc.*

Via E-Mail
Phillip A Rovner
Jonathan A. Choa
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for First Data Corporation*

Via E-Mail
Karen L. Hagberg
Craig B. Whitney
Morrison & Foerster LLP
khagberg@mofo.com
cwhitney@mofo.com

*Attorneys for Reed Elsevier US Holdings Inc.*

Via E-Mail
Lauren E. Maguire
Andrew C. Mayo
Ashby and Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Enghouse Interactive Inc.*

Via E-Mail

Veronica S. Ascarrunz,
Kate P. Mahaffy
Wilson Sonsini Goodrich & Rosati
lshatzer@wsgr.com
vascarrunz@wsgr.com
kmahaffy@wsgr.com

*Attorneys for Seagate Technology (US) Holdings Inc.*

Via E-Mail
Carlos Perez-Albuerne
G. Mark Edgarton
Anita M.C. Spieth
Choate Hall & Stewart LLP
cperez@choate.com
medgarton@choate.com
aspieth@choate.com

*Attorneys for First Data Corporation*

Via E-Mail
Michael J. Zinna
Patrick R. Colsher
Ward & Zinna, LLC
mzinna@wardzinna.com
pcolsher@wardzinna.com

*Attorneys for Saks Incorporated*

Via E-Mail
Douglas C. Northup
Andrea L. Marconi
Fennemore Craig
dnorthup@fclaw.com
amarconi@fclaw.com

*Attorneys for Enghouse Interactive Inc.*

Via E-Mail

| | |
|---|---|
| Dominick T. Gattuso | Kent E. Baldauf, Jr. |
| Proctor Heyman LLP | Daniel H. Brean |
| 300 Delaware Avenue, Suite 200 | The Webb Law Firm |
| Wilmington, DE 19801 | kbaldaufjr@webblaw.com |
| dgattuso@proctorheyman.com | dbrean@webblaw.com |
| | |
| *Attorneys for Newegg Inc.* | *Attorneys for Newegg Inc.* |

Dated:  October 15, 2013

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
(302)777-0301
bfarnan@farnanlaw.com

Of Counsel

Margaret Elizabeth Day
Ian N. Feinberg
David L. Alberti
Clayton Thompson
Marc C. Belloli
Sal Lim
Yakov Zolotorev
FEINBERG DAY ALBERTI &
THOMPSON LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Telephone: (650) 618.4360
Facsimile: (650) 618.4368
eday@feinday.com
ifeinberg@feinday.com
dalberti@feinday.com
cthompson@feinday.com
mbelloli@feinday.com
slim@feinday.com
yzolotorev@feinday.com

*Attorneys for Plaintiff*
PRAGMATUS TELECOM, LLC