**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PRAGMATUS TELECOM, LLC, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 1:13-cv-01464-RGA |
| | : | |
| v. | : | **FILED IN C.A. NO. 12-1533** |
| | : | |
| NEWEGG INC., | : | DEMAND FOR JURY TRIAL |
| | : | |
| Defendant. | : | THIS DOCUMENT IS DIRECTED TO: |
| | : | Pragmatus Telecom, LLC |

**DEFENDANT NEWEGG INC.'S MOTION FOR ATTORNEYS' FEES**

Defendant Newegg Inc. hereby moves this Court to declare this case exceptional and to award Newegg its reasonable attorneys' fees and expenses incurred. The factual and legal bases for this motion are set forth in detail in the accompanying Brief in Support of Defendant Newegg Inc.'s Motion for Attorneys' Fees, which is filed concurrently herewith.

PROCTOR HEYMAN LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (# 3630)
E-mail:  dgattuso@proctorheyman.com
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300

*Counsel for Defendant Newegg Inc.*

OF COUNSEL:

THE WEBB LAW FIRM
Kent E. Baldauf, Jr.
E-mail: KBaldaufjr@webblaw.com
Daniel H. Brean
E-mail: DBrean@webblaw.com
One Gateway Center
420 Ft. Duquesne Boulevard, Suite 1200
Pittsburgh, PA 15222
 (412) 471-8815

Dated:  February 26, 2014