IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**PRAGMATUS TELECOM LLC**

    Plaintiff;

    v.

**NEWEGG INC.,**

    Defendant.

Civil Action No. 12-1533-RGA

ORDER

Having reviewed the relevant papers and heard oral argument, for the reasons stated in the accompanying Memorandum Opinion, IT IS ORDERED:

The Defendant's Motion for Costs (D.I. 230) and Motion for Attorney's Fees (D.I. 231). are **DENIED**.

Entered this 25th day of July, 2014.

*Richard G. Andrews*
United States District Judge